United States Court of Appeals
Fifth Circuit

**F I L E D**

April 21, 2004

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-11173
Conference Calendar

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

JUAN ANTONIO MORENO-AREVALO,

                              Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:03-CR-70-ALL-J
--------------------

Before JOLLY, JONES, and SMITH, Circuit Judges.

PER CURIAM:*

    The Federal Public Defender has moved for leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967).  Juan Antonio Moreno-Arevalo was sent a copy of counsel's motion and brief, but he has not filed a response.

    Our independent review of the brief and the record discloses no nonfrivolous issue for appeal.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further

---

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

responsibilities herein, and the APPEAL IS DISMISSED.  See 5TH

CIR. R. 42.2.